UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-379 |
| BIENVENIDO ELA EYANG, | § | |
| Respondent. | § | |

**ORDER**

The Court, having reviewed the Petition for Emergency Court Order to Permit Involuntary Blood Draws, Urinalysis, Conduct Weigh-Ins, and Perform Routine Medical Examinations, and the evidence in support thereof, finds that the United States has shown that irreparable injury will result absent the entry of a temporary restraining order.

It is HEREBY ORDERED that the Petition for a temporary restraining order is GRANTED.

It is FURTHER ORDERED that a trained medical professional is authorized to employ the least amount of force necessary to monitor Respondent, Bienvenido Ela Eyang's vital signs, to conduct blood draws, to insert urinary catheters and perform routine medical examinations that are deemed necessary to prevent life-threatening consequences.

It is FURTHER ORDERED that competent medical authority may use the least amount

of force necessary to restrain Respondent if he resists efforts to draw blood, be weighed, have urinary catheters inserted, and submit to routine medical examinations.

his temporary restraining order will expire on 2/26, 2016 at 12:00 ~~am~~/pm.

Signed on 2/12, 2016, at Houston, Texas.

The Honorable Alfred H. Bennett
United States District Judge