United States District Court
Southern District of Texas
ENTERED
March 11, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-379 |
| BIENVENIDO ELA EYANG, | § | |
| Respondent. | § | |

**PRELIMINARY INJUNCTION ORDER**

It is HEREBY ORDERED that the government's motion for a preliminary injunction is GRANTED.

On February 12, 2016, the Court granted a Temporary Restraining Order ("TRO") in favor of the government pursuant to Federal Rule of Civil Procedure 65 (Doc. #2). On February 26, the Court extended the TRO for an additional two weeks (Doc. #4). The Court granted the TRO based on the government's Petition for Emergency Court Order to Permit Involuntary Blood Draws, Urinalysis, Conduct Weigh-Ins, and Perform Routine Medical Examinations and the evidence in support thereof. In addition, at a hearing before the Court on February 26, 2016, the Court heard the testimony of Respondent Bienvenido Ela Eyang's physician, Dr. Irizarry, the Clinical Director of the Medical Housing Unit at the Houston Contract Detention Facility in Houston, Texas, who stated that it was in Respondent's best interest to be medically monitored. The Court found that the United States had shown that irreparable injury would result absent the extension of the temporary restraining order.

After another hearing on March 11, 2016, the Court remains convinced that it is in Respondent's best interest to continue to be medically monitored.

Accordingly, it is HEREBY ORDERED that a trained medical professional is authorized to employ the least amount of force necessary to monitor Respondent, Bienvenido Ela Eyang's vital signs, to conduct blood draws, to insert urinary catheters and perform routine medical examinations that are deemed necessary to prevent life-threatening consequences.

It is FURTHER ORDERED that competent medical authority may use the least amount of force necessary to restrain Respondent if he resists efforts to draw blood, be weighed, have urinary catheters inserted, and submit to routine medical examinations.

This preliminary injunction shall remain in place for ninety (90) days until June 9, 2016.

It is so ORDERED.

March 11, 2016
Date

THE HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE